| Company Seniority | Union Seniority | Name | DOH | Aircraft | Seat | Status |
|---|---|---|---|---|---|---|
| 1 | 1 | PERRY, ROBERT E. | 28-Mar-86 | CE-680 | PIC | |
| 2 | 2 | ROSS, DONALD J. | 29-Sep-86 | G-IV | PIC | |
| 3 | 3 | STOUT, ROGER D. | 06-Jul-87 | G-IV | PIC | |
| 4 | 4 | BENKERT, JOSEPH E. | 17-Aug-87 | HS-125-800XPC | PIC | |
| 5 | 5 | PONDER, STEPHEN P. | 17-Aug-87 | DA-2EASY | PIC | |
| 6 | 6 | AGNEW, LOYAL E. | 05-Jul-88 | G-IV | PIC | |
| 7 | 7 | BOLINGER, WILLIAM H. | 15-Aug-88 | CE-680 | PIC | |
| 8 | 8 | GASTA, THOMAS T. | 15-Aug-88 | G-IV | PIC | |
| 9 | 9 | LUCORE, JAMES E. | 15-Aug-88 | G-IV | PIC | |
| 10 | 10 | GRAHAM, JEFFREY R. | 15-Aug-88 | G-200 | PIC | |
| 11 | 11 | STAUFER, JEROLD A. | 30-Jan-89 | DA-2EASY | PIC | |
| 12 | 12 | GOOSMAN, EMMETT (KEITH) K. | 08-Mar-89 | DA-2EASY | PIC | |
| 13 | 13 | LANGLEY, GREGORY L. | 08-Mar-89 | G-IV | PIC | |
| 14 | 14 | BOYER, STEVEN P. | 10-Apr-89 | CE-560E | PIC | |
| 15 | 15 | GREENWALD, WILLIAM (GRIZ) R. | 10-Apr-89 | G-200 | PIC | |
| 16 | 16 | LAIRD, GLENN A. | 10-Apr-89 | G-IV | PIC | |
| 17 | 17 | MARKLEY, TIMOTHY D. | 12-Jun-89 | DA-2EASY | PIC | |
| 18 | 18 | SUTTON, CHESTER (PERRY) P. | 05-Jul-89 | G-IV | PIC | |
| 19 | 19 | WERNECKE, JEFFREY M. | 14-Aug-89 | G-IV | PIC | |
| 20 | 20 | MATTOON, MICHAEL B. | 05-Sep-89 | G-IV | PIC | |
| 21 | 21 | EVANS, JOHN A. | 05-Sep-89 | CE-560XL | PIC | |
| 22 | 22 | OKON, JAMES S. | 05-Mar-90 | CE-680 | PIC | |
| 23 | 23 | WALLACE, CHRISTOPHER J. | 07-May-90 | CE-680 | PIC | |
| 24 | 24 | LUSIGNOLO, MARIO J. | 09-Aug-93 | DA-2EASY | PIC | |
| 25 | 25 | PERROTTA, JOSEPH W. | 09-Aug-93 | DA-2EASY | PIC | |
| 26 | 26 | NICKELL, BILLY J. | 13-Sep-93 | G-200 | PIC | |
| 27 | 27 | DIVER, STEVEN D. | 13-Sep-93 | DA-2EASY | PIC | |
| 28 | 28 | MICHEL, DAVID L. | 11-Oct-93 | G-IV | PIC | |
| 29 | 29 | MANELL, RICHARD J. | 06-Dec-93 | G-200 | PIC | |
| 30 | 30 | TRAUDT, JOSEPH W. | 17-Jan-94 | DA-2EASY | PIC | |
| 31 | 31 | HEIMANN, JOHN (PAUL) P. | 07-Mar-94 | DA-2EASY | PIC | |
| 32 | 32 | HATFIELD, WILLIAM (MIKE) M. | 18-Apr-94 | DA-2EASY | PIC | |
| 33 | 33 | HAPGOOD, VINCENT F. | 18-Apr-94 | DA-2EASY | PIC | |
| 34 | 34 | MICHEL, MITCHELL L. | 20-Jun-94 | DA-2EASY | PIC | |

| | | | | | |
|---|---|---|---|---|---|
| 980 | 980 | LASKE, JAMES W. | 04-Jun-01 | CE-750 | PIC |
| 981 | 981 | SMITH, ROGER | 04-Jun-01 | CE-560XL | PIC |
| 982 | 982 | POLSFUT, TODD L. | 04-Jun-01 | HS-125-800XPC | PIC |
| 983 | 983 | HEATH, JAY C. | 04-Jun-01 | CE-750 | PIC |
| 984 | 984 | COLTON, MICHAEL J. | 04-Jun-01 | CE-750 | PIC |
| 985 | 985 | MUENCH, ANDREW J. | 04-Jun-01 | CE-750 | PIC |
| 986 | 986 | ENNIS, JOHN R. | 04-Jun-01 | CE-750 | PIC |
| 987 | 987 | ECKELS, SHAUN R. | 04-Jun-01 | HS-125-800XPC | PIC |
| 988 | 988 | JORDAN, GARY R. | 06-Jun-01 | G-V | PIC |
| 989 | 989 | TERPE, ARTHUR S. | 06-Jun-01 | G-V | PIC |
| 990 | 990 | COMPTON, ROBERT W. | 06-Jun-01 | G-V | PIC |
| 991 | 991 | GATRELL, ROBERT K. | 06-Jun-01 | G-V | PIC |
| 992 | 992 | MARTIN, JON R. | 06-Jun-01 | G-V | PIC |
| 993 | 993 | TILLOTSON, GREGORY A. | 06-Jun-01 | G-V | PIC |
| 994 | 994 | BEARD, RICHARD S. | 08-Jun-01 | G-IV | PIC |
| 995 | 995 | GALE, DAVID W. | 11-Jun-01 | CE-560XL | PIC |
| 996 | 996 | HOLTZ, ERIC D. | 11-Jun-01 | CE-680 | PIC |
| 997 | 997 | GLYMAN, JAMES C. | 11-Jun-01 | G-200 | PIC |
| 998 | 998 | GROME, STEPHEN A. | 11-Jun-01 | CE-560XL | PIC |
| 999 | 999 | BUCKMAN, THOMAS R. | 11-Jun-01 | CE-680 | PIC |
| 1000 | 1000 | MEYER, BRETT L. | 11-Jun-01 | CE-560XL | PIC |
| 1001 | 1001 | HARRELL, ROBERT C. | 15-Jun-01 | CE-560XL | PIC |
| 1002 | 1002 | SMITH III, GEORGE F. | 15-Jun-01 | CE-680 | PIC |
| 1003 | 1003 | KELLY, KEVEN G. | 15-Jun-01 | CE-680 | PIC |
| 1004 | 1004 | PREWITT, DAVID E. | 15-Jun-01 | G-200 | PIC |
| 1005 | 1005 | HUMBERT, JOHN P. | 18-Jun-01 | BE-400A | PIC |
| 1006 | 1006 | STARBUCK, F (RANDY) R. | 18-Jun-01 | CE-750 | PIC |
| 1007 | 1007 | ELMORE, PETER A. | 18-Jun-01 | CE-560XL | PIC | Management |
| 1008 | 1008 | MCLAGAN, ANDREW B. | 18-Jun-01 | CE-750 | PIC |
| 1009 | 1009 | SHOWMAN, JEFFREY C. | 18-Jun-01 | G-200 | PIC |
| 1010 | 1010 | GEAR, SEAN A. | 18-Jun-01 | CE-560XL | PIC |
| 1011 | 1011 | SUMNER, JENNIFER L. | 18-Jun-01 | CE-560XL | PIC |
| 1012 | 1012 | DEPAOLI, DAVID A. | 25-Jun-01 | CE-680 | PIC |
| 1013 | 1013 | ASTLE, JOHN K. | 25-Jun-01 | CE-750 | PIC |
| 1014 | 1014 | SCOTT, DAVID J. | 25-Jun-01 | HS-125-800XPC | PIC |